Opinion approved by the Court.

### BEHNE v. STATE.
No. 25086.

Court of Criminal Appeals of Texas.
Jan. 3, 1951.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant waived a jury and pleaded not guilty before the court on a charge of driving a motor vehicle while intoxicated.

The court found him guilty and assessed his penalty at a fine of fifty dollars.

The appeal is brought forward without a bill of exception or statement of facts. All the proceedings appear regular. Nothing is presented for review.

The judgment is affirmed.

### STANSBURY v. STATE.
No. 25076.

Court of Criminal Appeals of Texas.
Jan. 3, 1951.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court of the offense of passing a forged instrument, appellant was convicted and assessed a punishment of three years' confinement in the penitentiary.

No bills of exception or statement of facts accompany the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.